JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. SACV 21-01561-CJC (KESx)　　　　　　　　　　Date: October 27, 2021

Title: <u>SKYCREST HOLDING TRUST, HADEEL SAMARRI AS TRUSTEE V. RAZAGHI ET AL.</u>

PRESENT:

**<u>HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE</u>**

<u>Rolls Royce Paschal</u>　　　　　　　　　<u>　N/A　</u>
Deputy Clerk　　　　　　　　　　　　　Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:　　ATTORNEYS PRESENT FOR DEFENDANT:

None Present　　　　　　　　　　　　　None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DISMISSING CASE FOR FAILURE TO RESPOND TO COURT ORDERS AND FAILURE TO PROSECUTE**

　　　On September 23, 2021, Defendants removed this action to federal court from Orange County Superior Court.  (Dkt. 1.)  On October 5, 2021, the Court issued to Plaintiff an Order to Show Cause in writing by October 15, 2021, explaining why this case should not be dismissed for lack of prosecution.  (Dkt. 5.)  The Court stated that "[f]ailure to respond to this Order may result in dismissal."  (*Id.*)  The Court received no response to its Order to Show Cause.  Accordingly, this case is **DISMISSED** for failure to respond to the Court's order and failure to prosecute.